IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN P. BRANTHAFER, | : | No. 4:CV 02-0528 |
| | : | |
| Plaintiff | : | Judge Jones |
| | : | |
| v. | : | |
| | : | |
| WARDEN DUANE I. BLACK, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

### January 17, 2006

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On January 2, 2005, this Court held a conference with the Plaintiff, Allen Branthafer ("Plaintiff"), and counsel for the remaining Defendants in this action. At that time, Plaintiff notified the Court that he desired appointed counsel to represent him at trial. Although Plaintiff did not put this request in writing, we will construe his request as an oral motion which we will grant.

Presently, this case is on the February, 2006 trial term. Inasmuch as appointed counsel may be able to try this case in February, in the interests of fairness to appointed counsel, we shall strike this case from the February 2006, trial term. We shall put this case on a future trial term after counsel for Plaintiff has been appointed.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's oral motion to appoint counsel is GRANTED.

2. The case is stricken from the February 2006 trial list.

3. This case shall be re-listed to a trial term following appointment of counsel.

                                                                    _____
                                                                    John E. Jones III
                                                                    United States District Judge